UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION


| | | |
|---|---|---|
| LOUISE LIGHTFOOT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV47RWS |
| | ) | |
| S.C. MANAGEMENT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |


## MEMORANDUM AND ORDER

This matter is before me on Plaintiffs' Motion to Substitute Party and for Leave to File Amended Complaint [#26]. The motion will be granted.

Defendant Dr. Anthony White filed a motion to dismiss the claims against him in the original complaint. That motion will be denied as moot. If Dr. White wishes to file a motion to dismiss the amended complaint, he may file a short motion incorporating the argument from his previous motion. Plaintiff may respond by incorporating the argument from the previous response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Substitute Party and for Leave to File Amended Complaint [#26] is **GRANTED**.

**IT IS FURTHER ORDERED** that Dr. White's Motion to Dismiss [#20] is

**DENIED** without prejudice as moot.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 5th day of July, 2006.